

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-21-00463-CV

**IN THE INTEREST OF M.M., J.M.M., AND L.A.M.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00974
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

Appellant's brief was originally due on November 29, 2021. Appellant has filed a motion for an extension of time to file her brief. The motion is GRANTED. **Appellant's brief is due on or before December 20, 2021**. However, given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court